In the Matter of the Claim of HAROLD A. CROSS, Respondent, against GENERAL MOTORS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Davis and Whitmyer, JJ., concur; Hinman and Hill, JJ., dissent.

In the Matter of the Claim of SIGMUND KLAPSTEIN, Respondent, against JOE ELIAS & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MAX BERCHENKE, Respondent, against NATHAN MILLER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of VINCENT GREGORY, Respondent, against LEVINE SILVERSMITH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by reducing the sum awarded to $309.58, and as so modified affirmed, with costs against the State Industrial Board. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of JOHN RE, Respondent, against LIPSTEIN & GORDON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of WILLIAM MEEHAN, Respondent, against RAISLER HEATING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOHN DOLAN, Respondent, against CHARLES P. RAYMOND and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of EDWARD F. TUCKERMAN, Respondent, against FRED TUCKERMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of LOUIS RICCIUTA, Respondent, against ELLSWORTH STATLER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CHARLES NICHOLS, Respondent, against MOHAWK DREDGE AND DOCK COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.